CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DEREK HORTON, #270179,** ) | Civil Action No. 7:05-CV-00364 | |
| Petitioner, ) | | |
| ) | **FINAL ORDER** | |
| v. ) | | |
| ) | By: Hon. Glen E. Conrad | |
| **GENE M. JOHNSON,** ) | United States District Judge | |
| Respondent. ) | | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **FILED** and **DISMISSED** and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 13th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE